UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HOUSTON CASUALTY COMPANY, a foreign insurer,<br><br>                Plaintiff,<br><br>vs.<br><br>INSPIRIT ATHLETICS, INC., a Washington Corporation, d/b/a STERLING ATHLETICS; JACOB JACKSON, an individual; JOHN DOE 1, an individual; JOHN DOE 2, an individual, and JANE DOE, an individual,<br><br>                Defendants. | No.<br><br>**COMPLAINT FOR DECLARATORY RELIEF** |

The Plaintiff Houston Casualty Company ("HCC") by and through their counsel of record, Ryan J. Hesselgesser and Kara Tredway of Forsberg & Umlauf, P.S., allege as follows:

## I.  PARTIES

1.1     Plaintiff Houston Casualty Company is incorporated in and has its principal place of business in Texas.

1.2     Defendant Inspirit Athletics, Inc. d/b/a Sterling Athletics ("Sterling") is a Washington Corporation incorporated in the State of Washington with its principal place of business in Washington.

COMPLAINT FOR DECLARATORY RELIEF– 1
CAUSE NO.

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
1102 BROADWAY • SUITE 510
TACOMA, WASHINGTON  98402
(253) 572-4200 • (253) 627-8408 FAX

3406954 / 539.0022

1.3     Defendant Jacob Jackson is an individual who is a resident of the state of Washington.

1.4     Defendants John Doe 1, John Doe 2, and Jane Doe are individuals who are residents of the state of Washington.

## II.  JURISDICTION AND VENUE

2.1     This is an action for declaratory relief pursuant to 28 U.S.C. § 2201 and Federal Rules of Civil Procedure, rule 57 to resolve an actual controversy between the parties as set forth herein.

2.2     This court has diversity jurisdiction under 28 USC§ 1332, because there is complete diversity of citizenship between plaintiff and defendants, and the amount at issue exceeds $75,000. Sterling seeks insurance coverage under policies of insurance issued by plaintiff with limits exceeding $1,000,000.

2.3     Venue is proper under 28 USC§ 128 (a), because the western district of Washington encompasses Pierce County, where the underlying lawsuit is pending.

## III.  FACTS

### A.  Underlying Lawsuit

3.1     On or about October 19, 2022 Defendants John Doe 1, John Doe 2, Jane Doe filed a lawsuit against Defendant Sterling and Jacob Jackson in Pierce County under cause number: 22-2-09631-0 ("Underlying Lawsuit").

3.2     The Underlying Lawsuit alleges that Jacob Jackson is the CEO of Sterling Athletics. The complaint further alleges that in his role as CEO Jackson has control over every single aspect of the company, including but not limited to hiring, operations, company finances, marketing, and strategy development.

COMPLAINT FOR DECLARATORY RELIEF– 2
CAUSE NO.

3406954 / 539.0022

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
1102 BROADWAY • SUITE 510
TACOMA, WASHINGTON  98402
(253) 572-4200 • (253) 627-8408 FAX

3.3    The complaint further alleges that Jackson was also the head boys' basketball coach for Sumner High School from 2016 to September 2022.

3.4    The underlying lawsuit alleges that Jackson first met John Doe 1 in the summer of 2017 when John Doe 1 was a minor student athlete and that Jackson began communicating extensively with John Doe 1 through Jackson's Sterling Athletics' cell phone via texting, Snapchat and Instagram.

3.5    The Complaint alleges that Jackson continued to communicate with John Doe 1 as John Doe 1 transitioned from middle school to high school. This included provided gifts to John Doe 1 from Sterling Athletics, including free basketball equipment, gear, and custom apparel, as well as basketball shoes and envelopes of cash.

3.6    The Complaint further alleges at or around this time, Jackson asked John Doe 1 if he would be interested in working at Sterling Athletics' warehouse to earn extra money and gain experience.

3.7    The Underlying Complaint alleges that John Doe 1 accepted the offer and started working in the Sterling Athletics' factory whenever he had availability.  John Doe 1 was paid in cash after each shift or issue a check from Sterling Athletics' operating account.

3.8    The Underlying Complaint alleges that after John Doe 1 began working at Sterling Athletics, Jackson began messaging John Doe 1 about sexual topics and sending pictures showing Jackson urinating, his abdominal muscles, and his penis.

3.9    The Underlying Complaint further alleges that in the Summer of 2020, Jackson invited John Doe 1 over to his home to help with yard work. Eventually this resulted in an incident where Jackson cornered John Doe 1 in his bedroom naked and exposed himself to John Doe 1 while engaging in sexual conduct on himself.

COMPLAINT FOR DECLARATORY RELIEF– 3
CAUSE NO.

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
1102 BROADWAY • SUITE 510
TACOMA, WASHINGTON  98402
(253) 572-4200 ● (253) 627-8408 FAX

3406954 / 539.0022

3.10    The Complaint further alleges that over the course of the next two years Jackson continued to reach out to John Doe 1 via social media seeking pictures of John Doe 1's genitalia. The Underlying Complaint alleges, "John Doe 1 did not want to send Jackson photos of his genitals, but he also did not want to lose his employment opportunities with Sterling Athletics or jeopardize his playing time on the High School team."

3.11    John Doe 1 alleges that he suffered and continues to suffer extreme emotional distress, personal anguish, fear, humiliation, pain and suffering as a result of the sexual abuse perpetrated by Jacob Jackson and the sexual harassment, hostile work environment and gender-based discrimination he suffered at Sterling Athletics from its Chief Executive Officer.

3.12    Defendants John Doe 1, John Doe 2 and Jane Doe assert the following causes of action against Jacob Jackson:  Violation of RCW 9.68A, sexual exploitation of Children, Sexual Assault, False Imprisonment, Outrage, and violation of RCW 4.24.010- Loss to the Parent Child Relationship.

3.13    Defendants John Doe 1, John Doe 2, and Jane Doe assert the following causes of action against Sterling Athletics:  Violation of RCW 9.68A- sexual exploitation of Children, Outrage, Sexually Hostile Work Environment and Gender Based Harassment in violation of RCW 49.60, Gender based Discrimination in violation of Washington's Law Against Discrimination, Employment Discrimination – Sexual Harassment Quid Pro Quo, Negligence, and violation of RCW 4.24.010- Loss to the Parent Child Relationship.

3.14    John Doe 1 alleges in these causes of action that Sterling Athletics owed a duty of care to him as an employee, to provide a workplace free of hostility, sexual harassment, and gender-based harassment.

COMPLAINT FOR DECLARATORY RELIEF– 4
CAUSE NO.

3406954 / 539.0022

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
1102 BROADWAY • SUITE 510
TACOMA, WASHINGTON  98402
(253) 572-4200 • (253) 627-8408 FAX

1      3.15    John Doe 1 alleges a claim for general and special damages including, but not

2  limited to, emotional distress, physical and mental pain and suffering, medical expenses, lost

3  wages, diminution of his earning capacity, a decrease in his ability to enjoy life, and other

4  general and special damages.

5      **B.**    **Primary Commercial General Liability Policies Issued by HCC**

6      3.16    HCC issued policies of insurance to Sterling under Policy Numbers H18PL30194-

7  00 (eff. 08/23/18 – 08/23/19), H19PL30520-00 (eff. 08/23/19 – 08/23/20), H20PL30632-00 (eff.

8  08/22/20 – 08/22/21), H21PL30632-01 (eff. 08/22/21 – 08/22/22), and H22PL30632-02 (eff.

9  08/22/22 – 08/22/23).

10      3.17    HCC has agreed to defend Sterling and Mr. Jackson subject to a reservation of

11  rights under the Policies.

12      The policies contained the following relevant provisions.:

13      **SECTION I – COVERAGES**

14      **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

15      **1. Insuring Agreement**

16          **a.**    We will pay those sums that the insured

17  becomes legally obligated to pay as damages

18  because of "bodily injury" or "property damage"

19  to which this insurance applies. We will have

20  the right and duty to defend the insured against

21  any "suit" seeking those damages. However,

22  we will have no duty to defend the insured

against any "suit" seeking damages for "bodily

injury" or "property damage" to which this

insurance does not apply. We may, at our

discretion, investigate any "occurrence" and

settle any claim or "suit" that may result. But:

23

COMPLAINT FOR DECLARATORY RELIEF– 5
CAUSE NO.

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
1102 BROADWAY • SUITE 510
TACOMA, WASHINGTON  98402
(253) 572-4200 • (253) 627-8408 FAX

3406954 / 539.0022

**(1)**   The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)**   Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.** No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.**   This insurance applies to "bodily injury" and "property damage" only if:

**(1)**   The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)**   The "bodily injury" or "property damage" occurs during the policy period; and

**(3)**   Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.**   "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee"

COMPLAINT FOR DECLARATORY RELIEF– 6
CAUSE NO.

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
1102 BROADWAY • SUITE 510
TACOMA, WASHINGTON  98402
(253) 572-4200 • (253) 627-8408 FAX

authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d.      "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1)     Reports all, or any part, of the "bodily injury"
or "property damage" to us or any other insurer;

(2)     Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3)     Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e.      Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

…

2.      **Exclusions**

This insurance does not apply to:

a.      **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury"

resulting from the use of reasonable force to protect persons or property.

…

**d.      Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e.      Employer's Liability**

"Bodily injury" to:

**(1)**      An "employee" of the insured arising out of and in the course of:

**(a)**      Employment by the insured; or

**(b)**      Performing duties related to the conduct of the insured's business; or

**(2)**      The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury. This exclusion does not apply to liability assumed by the insured under an "insured contract".

…

**o.      Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

…

COMPLAINT FOR DECLARATORY RELIEF– 8
CAUSE NO.

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
1102 BROADWAY • SUITE 510
TACOMA, WASHINGTON  98402
(253) 572-4200 • (253) 627-8408 FAX

3406954 / 539.0022

**q.** **Distribution Of Material In Violation Of Statutes**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

…

**(3)** Any statute, ordinance or regulation, other than the

TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

Further, the Policy also includes an Employment-Related Practices Exclusion endorsement (CG 21 47 12 07) further limiting the type of "bodily injury" for which there is coverage:

**EMPLOYMENT RELATED PRACTICES EXCLUSION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion,

COMPLAINT FOR DECLARATORY RELIEF– 9
CAUSE NO.

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
1102 BROADWAY • SUITE 510
TACOMA, WASHINGTON 98402
(253) 572-4200 • (253) 627-8408 FAX

3406954 / 539.0022

demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

## SECTION I – COVERAGES

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

**1.** **Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our

COMPLAINT FOR DECLARATORY RELIEF– 10
CAUSE NO.

3406954 / 539.0022

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
1102 BROADWAY • SUITE 510
TACOMA, WASHINGTON  98402
(253) 572-4200 • (253) 627-8408 FAX

discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)**   The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)**   Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**. No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.**   This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

The Commercial General Liability Coverage Form (CG 00 01 12 07) also contains the following exclusions under Coverage B:

**2. Exclusions**

This insurance does not apply to:

**a.**   **Knowing Violation Of Rights Of Another**
"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

…

**d.**   **Criminal Acts**
"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

COMPLAINT FOR DECLARATORY RELIEF– 11
CAUSE NO.

3406954 / 539.0022

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
1102 BROADWAY ● SUITE 510
TACOMA, WASHINGTON  98402
(253) 572-4200 ● (253) 627-8408 FAX

1

…

2       **p.**    **Distribution Of Material In Violation Of Statutes**
"Personal and advertising injury" arising directly or
3                 indirectly out of any action or omission that violates or is
alleged to violate:
4                              …

5              **(3)**    Any statute, ordinance or regulation, other
than the TCPA or CAN-SPAM Act of 2003,
6                        that prohibits or limits the sending,
transmitting, communicating or distribution
7                        of material or information.

8     As noted above, the Policy includes an Employment-Related Practices Exclusion

9 endorsement (CG 21 47 12 07). This endorsement also limits the type of "personal and

10 advertising injury" for which there may be coverage:

11       **EMPLOYMENT-RELATED PRACTICES EXCLUSION**

12
      This endorsement modifies insurance provided under the
13       following:

14       COMMERCIAL GENERAL LIABILITY COVERAGE PART
               …
15
      **B.**    The following exclusion is added to Paragraph **2.,**
16           **Exclusions** of Section **I – Coverage B – Personal And
Advertising Injury Liability:**
17
      This insurance does not apply to:
18
      "Personal and advertising injury" to:
19
          **(1)**    A person arising out of any:
20
                 **(a)**    Refusal to employ that person;
21
                 **(b)**    Termination of that person's employment;
22                        or

23

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
1102 BROADWAY • SUITE 510
TACOMA, WASHINGTON  98402
(253) 572-4200 • (253) 627-8408 FAX

1

2

3

4

    **(c)**    Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

5

6

7

    **(2)**    The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

8

    This exclusion applies:

9

10

    **(1)**    Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

11

12

    **(2)**    Whether the insured may be liable as an employer or in any other capacity; and

13

14

    **(3)**    To any obligation to share damages with or repay someone else who must pay damages because of the injury.

15

16

17

The following additional provisions of the Commercial General Liability Coverage Form (CG 00 01 12 07) are applicable:

18

**SECTION II – WHO IS AN INSURED**

19

20

**1.**    If you are designated in the Declarations as:

…

21

22

23

    **d.**    An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your

COMPLAINT FOR DECLARATORY RELIEF– 13
CAUSE NO.

3406954 / 539.0022

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
1102 BROADWAY • SUITE 510
TACOMA, WASHINGTON  98402
(253) 572-4200 • (253) 627-8408 FAX

stockholders are also insureds, but only with respect to their liability as stockholders.

…

2.     Each of the following is also an insured:

a.     Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

(1)     "Bodily injury" or "personal and advertising injury":

(a)     To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

(b)     To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

(c)     For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in

COMPLAINT FOR DECLARATORY RELIEF– 14
CAUSE NO.

3406954 / 539.0022

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
1102 BROADWAY • SUITE 510
TACOMA, WASHINGTON  98402
(253) 572-4200 • (253) 627-8408 FAX

Paragraphs **(1)(a)** or **(b)** above; or **(d)** Arising out of his or her providing or failing to provide professional health care services.

…

## SECTION V – DEFINITIONS

…

3.      "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

…

5.      "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6.      "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

…

10.     "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

…

13.     "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14.     "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a.      False arrest, detention or imprisonment;

…

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
1102 BROADWAY ● SUITE 510
TACOMA, WASHINGTON  98402
(253) 572-4200 ● (253) 627-8408 FAX

      e.      Oral or written publication, in any manner, of material that violates a person's right of privacy;

…

**19.**    "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.**    "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

…

**DEFINITION OF EMPLOYEE AMENDMENT**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Section **V – Definitions,** 5. "Employee" is deleted and replaced by the following:

5.    "Employee" includes "leased worker" and "temporary worker".

Additionally, the 2018-2019 Policy also includes an Amendatory Endorsement pertaining to the definition of "personal and advertising injury." The Endorsement is on form HPC 040 06 03 13 which states:

**INTELLECTUAL PROPERTY AMENDMENT**

This endorsement modifies insurance provided under the following:

COMPLAINT FOR DECLARATORY RELIEF– 16
CAUSE NO.

3406954 / 539.0022

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
1102 BROADWAY • SUITE 510
TACOMA, WASHINGTON  98402
(253) 572-4200 • (253) 627-8408 FAX

COMMERCIAL GENERAL LIABILITY COVERAGE PART

I.      With respect to the coverage provided by this endorsement, Item **14.** of **SECTION V – DEFINITIONS** is deleted in its entirety and replaced with the following:

**14.**    "Personal and advertising injury" means injury including consequential "bodily injury" arising out of one or more of the following offenses:

**a.**    False arrest, detention or imprisonment;
…

**e.**    Oral or written publication of material that violates a person's right of privacy.

Policy H19PL30520-00, with an effective date of August 23, 2019 to August 23, 2020, includes the following additional Endorsement on form CG 21 07 05 14 affecting the available coverage:

**EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – LIMITED BODILY INJURY EXCEPTION NOT INCLUDED**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.**    Exclusion **2.p.** of **Section 1 – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2.**    **Exclusions**

This insurance does not apply to:

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
1102 BROADWAY • SUITE 510
TACOMA, WASHINGTON  98402
(253) 572-4200 • (253) 627-8408 FAX

**p.**     **Access or Disclosure of Confidential Or Personal Information and Data-related Liability**

Damages arising out of:

**(1)**     Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)**     The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph (1) or (2) above.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2.     Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing

COMPLAINT FOR DECLARATORY RELIEF– 18
CAUSE NO.

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
1102 BROADWAY • SUITE 510
TACOMA, WASHINGTON  98402
(253) 572-4200 • (253) 627-8408 FAX

3406954 / 539.0022

methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information

Policy H20PL30632-00, with an effective date of August 22, 2020 to August 22, 2021, includes the following additional Endorsement on form HPC 050 33 05 18 which may also affect coverage under the Commercial General Liability Policy:

**EXCLUSION – ATHLETIC OR SPORTS PARTICIPANT**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury and Property Damage Liability**:

**Athletic or Sports Participants**

This insurance policy does not apply to any actual or alleged liability arising out of, based upon, or related in any way, either directly or indirectly, to "bodily injury" or "property damage" to any person while:

**1.** Practicing for;

**2.** Participating in;

**3.** Officiating at; or

**4.** In the course of travel to or from any sport or athletic competition, contest or exhibition sponsored or hosted by any insured.

COMPLAINT FOR DECLARATORY RELIEF– 19
CAUSE NO.

3406954 / 539.0022

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
1102 BROADWAY • SUITE 510
TACOMA, WASHINGTON  98402
(253) 572-4200 • (253) 627-8408 FAX

1    In addition, Policy H20PL30632-00 (eff. 8/22/20-8/22/21) also includes the following

2   Endorsement on form HPC 050 38 06 18 which states:

**EXCLUSION – PROFESSIONAL SERVICES**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and paragraph **2. Exclusions of Section I - Coverage B – Personal And Advertising Injury**:

**Professional Services**

This policy does not apply to any actual or alleged "bodily injury", "property damage", "personal injury" or "advertising injury" arising out of, or based upon, or related in any way, either directly or indirectly, to the rendering of or failure to render professional services.

Professional services include, but are not limited to:

…

**(8)**    Any service, treatment, advice or instruction relating to physical fitness, including service, treatment, advice or instruction in connection with diet, cardiovascular fitness, bodybuilding or physical training programs;

…

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the accident which caused the "injury or damage", involved the rendering of or failure to render professional services.

COMPLAINT FOR DECLARATORY RELIEF– 20
CAUSE NO.

3406954 / 539.0022

1    Policy H20PL30632-00 (eff. 8/22/20-8/22/21) also includes the Manufacturers "Core 25"

2  Coverage Enhancement Package Endorsement on form HPC 040 44 05 18. This Endorsement

3  states:

4        This endorsement modifies insurance provided under the following:

5        COMMERCIAL GENERAL LIABILITY COVERAGE PART

6        It is understood and agreed that this endorsement amends the
        COMMERCIAL GENERAL LIABILITY COVERAGE PART.
7        The changes this endorsement makes do not apply with respect to
        any coverage that has been excluded or amended by another
8        endorsement attached to this policy.

9        …

10        **SECTION I – COVERAGE AMENDMENTS**

11        **1.       Expected or Intended Injury**

12             Under **SECTION I – COVERAGE A – BODILY
             INJURY AND PROPERTY DAMAGE LIABILITY,**
13             paragraph **2. Exclusions** is amended to delete exclusion **a.
             Expected or Intended Injury** and replace it with the
14             following:

15             This insurance does not apply to:

16             **a.       Expected     or     Intended     Injury**
                      "Bodily injury" or "property damage"
17                      expected or intended from the standpoint of
                      the insured. This exclusion does not apply to
18                      "bodily injury" or "property damage"
                      resulting from the use of reasonable force to
19                      protect persons or property

20        …

21        **SECTION II – WHO IS AN INSURED AMENDMENTS**

22        **8.       Co-Employees**

23

COMPLAINT FOR DECLARATORY RELIEF– 21
CAUSE NO.

3406954 / 539.0022

Under **SECTION II – WHO IS AN INSURED**, the following language is added to paragraph **2.a.1:**

Paragraph (a) and (b) do not apply to "bodily injury" or "personal and advertising injury" caused by a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business. This includes, but is not limited to, injury caused by a co-"employee" in his or her capacity as a supervisor based upon responsibilities to supervise other "employees" as assigned by you. However, none of these employees are insureds for "bodily injury" or "personal and advertising injury" arising out of their willful conduct, defined to include the purposeful or willful intent to cause such injury.

…

## SECTION V – DEFINITIONS AMENDMENTS

**21. Definition of Bodily Injury**

Under **SECTION V – DEFINITIONS,** Definition **3.** is deleted and replaced by the following:

3.   **"Bodily injury"** means bodily injury, sickness, or disease sustained by a person, including the death of a person. "Bodily injury" also means mental anguish, mental injury, or shock, if directly resulting from physical injury, sickness, or disease to that person.

…

**24.   Definition of Personal and Advertising Injury**

Under **SECTION V – DEFINITIONS,** Definition **14.,** is amended by the addition of paragraph **h.**, which reads as follows:

h.   discrimination or humiliation that results in injury to the feelings or reputation of a natural person, but only if such discrimination or humiliation is:

(1)   not done intentionally or at the direction of;

COMPLAINT FOR DECLARATORY RELIEF– 22
CAUSE NO.

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
1102 BROADWAY • SUITE 510
TACOMA, WASHINGTON  98402
(253) 572-4200 • (253) 627-8408 FAX

3406954 / 539.0022

          **(a)**    an insured;

          **(b)**    any "executive officer," director, stockholder, partner or member of the insured; and

    **(4)**    not directly or indirectly related to the employment, prospective employment or termination of employment of any person or persons by any insured.

**C.      Commercial Excess Policies**

3.18    HCC also issued Commercial Excess Liability Policies to Sterling as follows: H18PX50098-00 (eff. 08/23/18 – 08/23/19); H19PX50267-00 (eff. 08/23/19 – 08/23/20); H20PX50360-00 (eff. 08/20/20 – 08/22/21); H21PX50360-01 (eff. 08/22/21 – 08/22/22); and H22PX50360-02 (eff. 08/22/22 – 08/22/23).

3.19    The Commercial Excess Liability Policies contain the following relevant provisions:

**SECTION I – Excess Liability Insurance**

**1.      Insuring Agreement**

    **a.**    We will pay those sums in excess of the limits shown in ITEM 7 of the Declarations, Schedule of Underlying Insurance, that you become legally obligated to pay as damages because of "injury or damage" to which this policy applies, provided that the "underlying insurance" also applies, or would apply but for the exhaustion of its applicable limits of insurance.

    **b.**    This policy is subject to the same terms, conditions, agreements, exclusions and definitions as the "underlying insurance", except:

COMPLAINT FOR DECLARATORY RELIEF– 23
CAUSE NO.

3406954 / 539.0022

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
1102 BROADWAY • SUITE 510
TACOMA, WASHINGTON  98402
(253) 572-4200 • (253) 627-8408 FAX

i.     We will have no obligation under this policy with respect to any claim or "suit" that is settled without our written consent;

ii.     With respect to any provisions to the contrary contained in this policy; and

iii.     Under no circumstances will the coverage available under this policy be broader than any "underlying insurance".

…

**SECTION II – Exclusions**

The exclusions applicable to the "underlying insurance" also apply to this policy. In addition, this policy does not apply to:

…

**8.**     **Employment-Related Practices**

Any actual or alleged liability arising out of, based upon, or related in any way, either directly or indirectly, to:

…

**a.**     Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**b.**     The spouse, child, parent, brother or sister of any person as a consequence of "injury or damage" to that person to whom any of the employment-related practices described in

COMPLAINT FOR DECLARATORY RELIEF– 24
CAUSE NO.

3406954 / 539.0022

Paragraphs **a.**, **b.** or **c.** above is directed.

This exclusion applies:

> **a.** Whether the injury-causing event described in Paragraphs **a.**, **b.** or **c.** above occurs before employment, during employment or after employment of that person;

> **b.** Whether the insured may be liable as an employer or in any other capacity; and

> **c.** To any obligation to share damages with or repay someone else who must pay damages because of the injury.
> …

**SECTION V – Definitions**

The definitions applicable to the "underlying insurance" also apply to this policy, except that the following definitions control the defined terms in this policy:
…

> **5.** "Injury or damage" means any injury or damage covered under the applicable "underlying insurance" arising from an occurrence, offense, accident, act, error or omission or other event to which the "underlying insurance" applies.

## IV.  CAUSE OF ACTION

**A.    Declaratory Relief: No Duty to Defend or Indemnify**

4.1    Plaintiff reasserts and re-alleges the allegations in each of the foregoing paragraphs as fully set forth herein.

4.2    Sterling and Mr. Jackson seek coverage under certain policies issued by HCC for damages alleged in the Underlying Lawsuit.

COMPLAINT FOR DECLARATORY RELIEF– 25
CAUSE NO.

3406954 / 539.0022

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
1102 BROADWAY • SUITE 510
TACOMA, WASHINGTON  98402
(253) 572-4200 • (253) 627-8408 FAX

4.3     There is an actual and justiciable controversy between Plaintiff and Defendants with respect to whether the General Liability Policies provide coverage for the claims asserted in the Underlying Lawsuit.

4.4     There is an actual and justiciable controversy between Plaintiff and Defendants with respect to whether the Excess Policies provide coverage for the claims asserted in the Underlying Lawsuit.

4.5     In accordance with the insuring agreement, provisions, terms, conditions, exclusions, and endorsements of the General Liability Policy and Excess Policy, HCC has no duty to defend or indemnify Defendants Sterling Athletics or Mr. Jackson under the Policies or applicable law, in whole or in part, for the following reasons:

    a.  No coverage is afforded for the Underlying Lawsuit to the extent Mr. Jackson's and/or Sterling Athletics' accts or omissions alleged by Underlying Plaintiffs do not constitute an "occurrence" under the Policies.

    b.  No coverage is afforded for the Underlying Lawsuit to the extent Underlying Plaintiff's alleged injuries are not "Bodily injury" as that term is defined in the Policies.

    c.  No coverage is afforded for the Underlying Lawsuit for criminal or intentional actions of Mr. Jackson or Sterling Athletics.

    d.  No coverage is afforded for the Underlying Lawsuit as the Policies exclude coverage for "Bodily injury" to an "employee" of Sterling Athletics, arising out of and in the course of employment or performing duties related to the conduct of Sterling's business and further exclude "bodily injury" to the parent of such employee.

COMPLAINT FOR DECLARATORY RELIEF– 26
CAUSE NO.

3406954 / 539.0022

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
1102 BROADWAY • SUITE 510
TACOMA, WASHINGTON  98402
(253) 572-4200 • (253) 627-8408 FAX

e.  No coverage is afforded for the Underlying lawsuit, as the Policies exclude "Bodily injury" arising out of employment -related practices, policies, acts or omissions.

f.  No coverage is afforded for "bodily injury" or "personal and advertising injury" caused by a co-"employee" while in the course of his or her employment or performing duties related to the conduct of Sterling's business.

g.  Mr. Jackson is not an insured for "bodily injury" or "personal and advertising injury" arising out of his willful conduct, defined to include the purposeful or willful intent to cause such injury.

h.  There is no coverage for intentional discrimination or humiliation that results in injury to the feelings or reputation of a natural person.

i.  There is no coverage for "personal and advertising injury" arising out of any access to or disclosure of any person's confidential or personal information.

4.6   Plaintiff also relies upon all additional terms, definitions, exclusions, conditions and endorsements in the Policies not specifically identified herein that potentially limit or preclude coverage to Defendants under the Policies for the Underlying Lawsuit.

4.7   Plaintiff seeks a declaration that its policies do not provide defense or indemnity for the claims made against Sterling and Jackson in the Underlying Lawsuit.

## V.  PRAYER FOR RELIEF

WHEREFORE, HCC prays for judgment against Defendants as follows:

5.1   That the Court determine, decree, and adjudge that HCC is entitled to a declaration that it has no duty to defend Sterling or Mr. Jackson in the Underlying Lawsuit under the General Liability and Umbrella Policies.

COMPLAINT FOR DECLARATORY RELIEF– 27
CAUSE NO.

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
1102 BROADWAY • SUITE 510
TACOMA, WASHINGTON  98402
(253) 572-4200 • (253) 627-8408 FAX

3406954 / 539.0022

1

5.2     That the Court determine, decree, and adjudge that HCC is entitled to a

2

declaration that it has no duty to indemnify Sterling or Mr. Jackson in the Underlying Lawsuit

3

under the General Liability and Umbrella Policies.

4

5.3     That HCC has no continuing obligation to defend and may withdraw from defense

5

of Sterling and/or Mr. Jackson.

6

5.4     For attorneys' fees and costs.

7

5.5     For costs of suit incurred herein.

8

5.6     For such other and further relief as the Court deems fit and proper under the

9

circumstances and evidence.

10

11

DATED this 8th day of February, 2023.

12

FORSBERG & UMLAUF, P.S.

13

_s/Ryan J. Hesselgesser_
Ryan J. Hesselgesser, WSBA #40720

14

901 Fifth Avenue, Suite 1400

15

Seattle, WA 98164
Tel.: 206-689-8500

16

rhesselgesser@foum.law

17

_s/Kara A. Tredway_
Kara A. Tredway, WSBA #44984

18

Forsberg & Umlauf, P.S.
901 Fifth Avenue, Suite 1400

19

Seattle, WA 98164
Tel.: 206-689-8500

20

ktredway@foum.law

21

*Attorneys for Plaintiff Houston
Casualty Company*

22

23

COMPLAINT FOR DECLARATORY RELIEF– 28
CAUSE NO.

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
1102 BROADWAY • SUITE 510
TACOMA, WASHINGTON 98402
(253) 572-4200 • (253) 627-8408 FAX

3406954 / 539.0022