UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HOUSTON CASUALTY COMPANY, a foreign insurer,<br><br>Plaintiff,<br><br>vs.<br><br>INSPIRIT ATHLETICS, INC., a Washington Corporation, d/b/a STERLING ATHLETICS; JACOB JACKSON, an individual; JOHN DOE 1, an individual; JOHN DOE 2, an individual, and JANE DOE, an individual,<br><br>Defendants. | No. 3:23-cv-05107-KKE<br><br>**ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDINGS** |

This matter came on before the Court on the parties' Stipulated Motion to Stay Proceedings, and, for good cause shown, the Court hereby ORDERS as follows:

1. The parties' stipulated motion (Dkt. No. 24) is hereby GRANTED.

2. This matter is STAYED through July 31, 2024.

3. The current trial date of August 20, 2024, and all associated deadlines (Dkt. No. 16) are VACATED.

ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDINGS  – 1
CAUSE NO. 3:23-CV-05107-KKE

4. If Jacob Jackson's criminal trial is complete by July 31, 2024, the parties are ORDERED to file an updated Joint Status Report providing a new proposed trial date and case schedule deadlines.

5. If Mr. Jackson's criminal trial is not complete as of July 31, 2024, then the parties shall file a stipulated motion to continue the stay.

DATED this 27th day of March, 2024.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDINGS – 2
CAUSE NO. 3:23-CV-05107-KKE