**Honorable Kimberly K. Evanson**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HOUSTON CASUALTY COMPANY, a foreign insurer,<br><br>Plaintiff,<br><br>vs.<br><br>INSPIRIT ATHLETICS, INC., a Washington Corporation, d/b/a STERLING ATHLETICS; JACOB JACKSON, an individual; JOHN DOE 1, an individual; JOHN DOE 2, an individual; and JANE DOE, an individual,<br><br>Defendants. | No. 3:23-cv-05107-KKE<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE STAY** |

This matter came on before the Court on the parties' Stipulated Motion to Continue Stay, and, for good cause shown, the Court hereby ORDERS as follows:

    1.    The parties' stipulated motion is hereby GRANTED.

    2.    This matter is STAYED through December 13, 2024.

    3.    If Jacob Jackson's criminal trial is complete by December 13, 2024, the parties are ORDERED to file an updated Joint Status Report providing a new proposed trial date and case schedule deadlines.

    4.    If Mr. Jackson's criminal trial is not complete as of December 13, 2024, then the parties shall file a stipulated motion to continue the stay.

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE STAY – 1
CAUSE NO. 3:23-CV-05107

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

1  DATED this 31st day of July, 2024.

2

3

4  _____
   Kymberly K. Evanson
5  United States District Judge

6  Presented by:

7

   FORSBERG & UMLAUF, P.S.
8

   *s/Kara A. Tredway*
9  Ryan J. Hesselgesser, WSBA #40720
   Kara A. Tredway, WSBA #44984
10 rhesselgesser@foum.law
   ktredway@foum.law
11 *Attorneys for Plaintiff Houston*
   *Casualty Company*
12

   RAINIER LEGAL ADVOCATES, LLC
13

14 *s/Matthew M. Kennedy*
   Matthew M. Kennedy, WBSA #36452
15 matthew@rainieradvocates.com

16 *Attorneys for Inspirit Athletics, Inc.*

17
   HESTER LAW GROUP, INC., PS
18
   *s/Brett A. Purtzer*
19 Brett A. Purtzer, WSBA #17283
   brett@hesterlawgroup.com
20 *Attorneys for Jacob Jackson*

21

22

23

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE STAY – 2
CAUSE NO. 3:23-CV-05107

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX