1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

8

9

10

11

12

13

14

| | |
|---|---|
| HOUSTON CASUALTY COMPANY, a foreign insurer,<br><br>                Plaintiff,<br><br>vs.<br><br>INSPIRIT ATHLETICS, INC., a Washington Corporation, d/b/a STERLING ATHLETICS; JACOB JACKSON, an individual; JOHN DOE 1, an individual; JOHN DOE 2, an individual, and JANE DOE, an individual,<br><br>                Defendants. | No. 3:23-cv-05107-KKE<br><br>**ORDER GRANTING MOTION TO STAY PROCEEDINGS** |

15

16

17

18

19

20

21

22

23

      Plaintiff Houston Casualty Company, Defendant Sterling Athletics, and Defendant Mr. Jacob Jackson filed a partially stipulated motion to stay proceedings. Dkt. No. 30. The stipulating parties request a brief stay of this case during the pendency of Mr. Jackson's criminal trial. *Id*. Recognizing that the Doe Defendants do not agree to the requested stay, given the posture of this case and the ongoing criminal proceedings in state court, the Court finds good cause to grant the requested relief and hereby ORDERS as follows:

      1.      The parties' partially stipulated motion (Dkt. No. 30) is hereby GRANTED.

2.     This matter, including all discovery and case schedule deadlines, is stayed through January 17, 2025.

3.     If Mr. Jackson's criminal trial is complete by January 17, 2025, then the parties will file an updated Joint Status Report by that date, providing a new proposed trial date and case schedule deadlines.

4.     If Mr. Jackson's criminal trial is not complete as of January 17, 2025, then Plaintiff HCC, Defendant Sterling Athletics, and Defendant Jackson will seek another continuance of the stay no later than that date.

DATED this 13th day of December, 2024.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING PARTIALLY STIPULATED
MOTION TO STAY PROCEEDINGS – 2
CAUSE NO. 3:23-CV-05107-KKE