UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOUSTON CASUALTY COMPANY, | CASE NO. C23-5107-KKE |
| Plaintiff(s), | ORDER TO SHOW CAUSE |
| v. | |
| INSPIRIT ATHLETICS INC., et al., | |
| Defendant(s). | |

On January 31, 2025, the Court issued an order requiring the parties to file a joint status report. Dkt. No. 35. Plaintiff and Defendant Inspirit Athletics Inc. filed a status report indicating that, contrary to the Court's order requiring submission of a joint report, Plaintiff's counsel "has been unable to get approval on the joint status report from counsel" for Defendant Jacob Jackson or counsel for the Doe Defendants. Dkt. No. 37 n.1.

Jackson and the Doe Defendants are ORDERED TO SHOW CAUSE no later than April 11, 2025, why they should not be found in default due to their failure to participate in the preparation of the joint status report. The Court notes that no Defendant has filed an answer or otherwise responded to Plaintiff's original or amended complaint.

Dated this 31st day of March, 2025.

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 1