UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOUSTON CASUALTY COMPANY,<br><br>Plaintiff(s),<br>v.<br><br>INSPIRIT ATHLETICS INC., et al.,<br><br>Defendant(s). | CASE NO. C23-5107-KKE<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE |

The Court previously ordered certain Defendants to show cause why they should not be found in default, after their counsel failed to participate in the preparation of a joint status report. Dkt. No. 38. The parties subsequently filed a joint status report signed by all parties. Dkt. No. 39. The Court therefore DISCHARGES the order to show cause.

Dated this 2nd day of April, 2025.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER DISCHARGING THE ORDER TO SHOW CAUSE - 1