UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOUSTON CASUALTY COMPANY,<br><br>　　　　　Plaintiff(s),<br>　v.<br>INSPIRIT ATHLETICS INC., et al.,<br><br>　　　　　Defendant(s). | CASE NO. C23-5107-KKE<br><br>ORDER TO SHOW CAUSE |

Plaintiff filed a second amended complaint on June 3, 2025, and no Defendant responded it. Dkt. No. 48. Plaintiff has taken no action to prosecute this case in the intervening months, although the case schedule is proceeding toward a bench trial in April 2026. *See* Dkt. No. 40. Accordingly, the Court ORDERS Plaintiff to SHOW CAUSE why this case should not be dismissed for failure to prosecute, no later than November 14, 2025.

Dated this 22nd day of October, 2025.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 1